# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TAMARA JA'NET WHIMPER-SULLIVAN**                                           **PLAINTIFF**

**v.**                  **Case No. 4:19-cv-00412-LPR**

**ANDREW SAUL,**
**Commissioner of Social Security Administration**                  **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (Doc. 13) submitted by United States Magistrate Judge Jerome T. Kearney and the Objection (Doc. 14) filed by Ms. Whimper-Sullivan. After careful (and *de novo*) review of the Recommended Disposition, Ms. Whimper-Sullivan's Objection, and the record in its entirety, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that the Commissioner's decision is AFFIRMED, and that judgment will be entered for the Commissioner in this case.

DATED this 22nd day of September 2020.

                                                                _____
                                                                LEE P. RUDOFSKY
                                                                UNITED STATES DISTRICT JUDGE