# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TAMARA JA'NET WHIMPER-SULLIVAN**                                           **PLAINTIFF**

**v.**                               **Case No. 4:19-cv-00412-LPR**

**ANDREW SAUL,**
**Commissioner of Social Security Administration**                           **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on September 22, 2020, it is considered, ordered, and adjudged that the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Commissioner.

DATED this 22nd day of September 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE